SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel to Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| Debtors.[1] | **(Joint Administration Pending)** |

### *AMENDED*[2] **AGENDA FOR HEARING ON FIRST DAY APPLICATIONS AND MOTIONS**

| | |
|---|---|
| Time and Date of Hearing: | May 9, 2019 at 10:00 a.m. (Prevailing Eastern Time) |
| Location of Hearing: | Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street White Plains, NY 10601-4140 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/newcotai or by calling (844) 627-7471 (toll free from the U.S. and Canada); or (347) 292-3990 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

[2] *For ease of reference, amended items are italicized.*

(international) or by e-mail at newcotaiinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website.

## I. INTRODUCTION

1. Declaration of John Brecker in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 11]

    *Response Filed:*  *Statement of the Ad Hoc Group of Senior Noteholders in Connection With the Debtors' First Day Pleadings [Docket No. 20]*

## II. FIRST DAY APPLICATIONS AND MOTIONS

### A. **Administrative Matters**

2. Debtors' Motion for Entry of Order (I) Directing Joint Administration of Cases (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rule 1005 and 2002(n) [Docket No. 2]

3. Debtors' Motion for Order Authorizing the Establishment of Certain Notice, Case Management, and Administrative Procedures [Docket No. 4]

4. Debtors' Motion for Entry of Order (I) Waiving Certain Creditor-List Filing Requirements; (II) Authorizing the Filing of a Consolidated List of Top 20 Unsecured Creditors; (III) Authorizing Debtors to Establish Procedures for Notifying Parties of the Commencement of These Cases [Docket No. 5]

5. Debtors' Motion for Entry of an Order (I) Extending Time for Debtors to File Schedules and Statements and (II) Authorizing Debtors to File Consolidated Monthly Operating Reports [Docket No. 6]

6. Debtors' Application for Order Appointing Prime Clerk LLC as Claims and Noticing Agent *Nunc Pro Tunc* to the Petition Date [Docket No. 7]

### B. **Business Operations**

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 8]

    *Response Filed:*  *Objection of the United States Trustee to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank*

        *Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 18]*

      **Status:**      **This matter has been resolved. A revised proposed interim order will be submitted.**

8. Debtors' Motion for Interim and Final Orders Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay all Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies [Docket No. 9]

9. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 10]

Dated: New York, New York
       May 8, 2019

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                */s/ Jay M. Goffman*
                Jay M. Goffman
                Mark A. McDermott
                Evan A. Hill
                Four Times Square
                New York, New York 10036-6522
                Telephone: (212) 735-3000
                Fax: (212) 735-2000

                *Proposed Counsel to Debtors*
                *and Debtors-in-Possession*