SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel to Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 10, 2019 AT 2:00 P.M.**

| | |
|---|---|
| Time and Date of Hearing: | June 10, 2019 at 2:00 p.m. (Prevailing Eastern Time) |
| Location of Hearing: | Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street White Plains, NY 10601-4140 |
| Copies of Motions and Applications | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/newcotai or by calling (844) 627-7471 (toll free from the U.S. and Canada); or (347) 292-3990 (international) or by e-mail at newcotaiinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

**I.    INITIAL CASE STATUS CONFERENCE**

**II.   UNCONTESTED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 8]

   | | |
   |---|---|
   | Objection Deadline: | June 3, 2019 at 4:00 p.m. |
   | Responses Filed: | None |
   | Related Documents: | Interim Order Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 28] |
   | | Notice of Filing of Proposed Second Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 75] |
   | **Status:** | **The hearing on this matter is going forward.** |

2. Debtors' Motion for Interim and Final Orders Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay all Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies [Docket No. 9]

   | | |
   |---|---|
   | Objection Deadline: | June 3, 2019 at 4:00 p.m. |
   | Responses Filed: | None |
   | Related Documents: | Interim Order Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, |

       Change, or Enter Into New Insurance Policies [Docket No. 24]

       Notice of Filing of Proposed Final Order Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies [Docket No. 76]

  **Status:**      **The hearing on this matter is going forward.**

3. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 10]

  Objection Deadline:  June 3, 2019 at 4:00 p.m.

  Responses Filed:  None

  Related Documents:  Interim Order Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 26]

  **Status:**      **The hearing on this matter is going forward.**

4. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 46]

  Objection Deadline:  June 3, 2019 at 4:00 p.m.

  Responses Filed:  None

  Related Documents:  Certificate of No Objection With Respect to Order Granting Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 80]

  **Status:**      **The hearing on this matter is going forward.**

**III. CONTESTED MATTERS**

5. Debtors' Motion for Entry of a Final Order Under 11 U.S.C. § 364, Bankruptcy Rules 4001 and 9014, and Local Bankruptcy Rule 4001-2 (I) Authorizing the Debtors to Obtain Postpetition Financing [Docket No. 12]

    Objection Deadline: June 3, 2019 at 4:00 p.m.  With permission of the Court, and on consent with the Ad Hoc Group, the deadline for the Ad Hoc Group to file an objection was extended to June 5, 2019 at 4:00 p.m.

    Responses Filed: Objection of the Ad Hoc Group to the Debtors' Motion for Entry of a Final Order Under 11 U.S.C. § 364, Bankruptcy Rules 4001 and 9014, and Local Bankruptcy Rule 4001-2 Authorizing the Debtors to Obtain PostPetition Financing [Docket No. 71]

    Declaration of Steven D. Simms in Support of the Objection of the Ad Hoc Group to the Debtors' Motion for Entry of a Final Order Under 11 U.S.C. § 364, Bankruptcy Rules 4001 and 9014, and Local Bankruptcy Rule 4001-2 Authorizing the Debtors to Obtain Postpetition Financing [Docket No. 72]

    Reply Deadline: June 6, 2019 at 4:00 p.m.  With permission of the Court, the deadline for the Debtors' to file a reply was extended to June 7, 2019 at 12:00 p.m.

    Replies Filed: [To be Filed]

    Related Documents: Notice of Hearing on Debtors' Motion for Entry of a Final Order Under 11 U.S.C. § 364, Bankruptcy Rules 4001 and 9014, and Local Bankruptcy Rule 4001-2 Authorizing the Debtors to Obtain Postpetition Financing [Docket No. 38]

    **Status:** **The hearing on this matter is going forward.**

6. Debtors' Application for Order Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 42]

    Objection Deadline: June 3, 2019 at 4:00 p.m.  With permission of the Court, and on consent with the Ad Hoc Group and the U.S. Trustee, the deadline for

4

|  |  |
|---|---|
|  | objections for the U.S. Trustee and Ad Hoc Group was extended to June 4, 2019 at 4:00 p.m. |
| Responses Filed: | Objection of the United States Trustee to the Debtors' Application to Employ Skadden, Arps, Slate, Meagher & Flom LLP [Docket No. 69] |
|  | Statement of the Ad Hoc Group in Response to the Debtors Application for Order Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 70] |
| Reply Deadline: | June 6, 2019 at 12:00 p.m.  With permission of the Court, the deadline for the Debtors to file a reply was extended to June 7, 2019 at 12:00 p.m. |
| Replies Filed: | [To be Filed] |
| Related Documents: | First Supplemental Declaration of Jay M. Goffman in Support of Debtors' Application for Order Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors *Nun Pro Tunc* to the Petition Date [Docket No. 62] |
| **Status:** | **The hearing on this matter is going forward.** |

7. Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 48]

|  |  |
|---|---|
| Objection Deadline: | June 3, 2019 at 4:00 p.m. |
| Responses Filed: | Debtors' Objection to The Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 64] |
|  | Declaration of Jay M. Goffman in Support of Debtors' Objection to the Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 65] |
|  | Declaration of Richard Moriarty in Support of Debtors' Objection to the Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 66] |

|  |  |
|---|---|
|  | Declaration of Nigel Keith Meeson QC in Support of the Debtors' Objection to the Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 67] |
| <u>Reply Deadline</u>: | June 6, 2019 at 4:00 p.m. |
| <u>Replies Filed</u>: | Reply of the Ad Hoc Group in Further Support of Its Motion to Terminate the Debtors Exclusivity Period [Docket No. 82] |
| <u>Related Documents</u>: | Declaration of Michael S. Stamer in Support of the Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 49] |
|  | Declaration of Steven D. Simms in Support of the Motion of the Ad Hoc Group to Terminate the Debtors' Exclusivity Period [Docket No. 50] |
| **<u>Status:</u>** | **The hearing on this matter is going forward.** |

Dated: New York, New York
       June 6, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jay M. Goffman*
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Proposed Counsel to Debtors
and Debtors-in-Possession*