SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| **Debtors.**[1] | **Jointly Administered** |
| | **Related Dkt. No. 103** |

**NOTICE OF RESCHEDULED OMNIBUS HEARING DATE**

**PLEASE TAKE NOTICE** that the omnibus hearing date previously scheduled for August 16, 2019 at 10:00 a.m. has been rescheduled to *August 15, 2019 at 10:00 a.m. (prevailing Eastern Time)*.

**PLEASE TAKE FURTHER NOTICE THAT** the omnibus hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140, unless otherwise ordered by the Court.

**[ REMAINDER OF PAGE INTENTIONALLY LEFT BLANK ]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

Dated: New York, New York
June 27, 2019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jay M. Goffman*
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Debtors
and Debtors-in-Possession*

2