SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JULY 16, 2019 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Location of Hearing: | Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street White Plains, NY 10601-4140 |
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/newcotai or by calling (844) 627-7471 (toll free from the U.S. and Canada); or (347) 292-3990 (international) or by e-mail at newcotaiinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

**I.     UNCONTESTED MATTERS**

1. **Cash Management Motion**: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 8]

    Related Documents:

    a.  Interim Order Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 28]

    b.  Second Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 108]

    c.  Notice of Final Hearing on Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms, and Payment of Related Prepetition Obligations, (II) Modifying Certain Deposit Requirements, and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 110]

    Objection Deadline:    June 3 2019 at 4:00 p.m. (Prevailing Eastern Time), extended until July 9, 2019 at 4:00 p.m. (Prevailing Eastern Time)

    Objections/ Responses Filed:    None.

    Status:    This matter is going forward.

*[Remainder of page intentionally left blank]*

Dated: July 12, 2019
      New York, New York

                        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                        */s/ Jay M. Goffman*
                        Jay M. Goffman
                        Mark A. McDermott
                        Evan A. Hill
                        Four Times Square
                        New York, New York 10036-6522
                        Telephone: (212) 735-3000
                        Fax: (212) 735-2000

                        *Counsel to Debtors and Debtors-in-Possession*