UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** New Cotai Holdings, LLC

**Debtor**

Case No. 19-22911

Reporting Period: 7/1/19 - 7/31/19

Federal Tax I.D. #   20-4573056

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Yes | No |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Yes | No |
| Balance Sheet | MOR-3 | Yes | No |
| Status of Post-petition Taxes | MOR-4 | Yes | No |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | Yes | No |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | No |
| Taxes Reconciliation and Aging | MOR-5 | Yes | No |
| Payments to Insiders and Professional | MOR-6 | Yes | No |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | Yes | No |
| Debtor Questionnaire | MOR-7 | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor          Date

Signature of Authorized Individual*        Date    8/14/19

Printed Name of Authorized Individual     John Brecker      Date    8/14/19

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**General Notes to Monthly Operating Reports:**

On May 1, 2019 (the "**Petition Date**"), New Cotai Holdings, LLC, and certain of its affiliates as debtors and debtors-in-possession (collectively, the "**Debtors**,")[1] each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 10, 2019, the Bankruptcy Court entered an order authorizing the joint administration of the Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure [Docket No. 23]. To date, the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") has not appointed a creditors' committee in the Chapter 11 Cases, nor has any trustee or examiner been appointed therein.

The financial information set forth in each of the Debtors' monthly operating reports (the "**Monthly Operating Reports**") is unaudited, remains subject to future adjustment, and reflects the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. These Monthly Operating Reports neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors are filing their Monthly Operating Reports solely for the purposes of complying with the monthly operating reporting requirements applicable in the Chapter 11 Cases. These Monthly Operating Reports should not be relied on by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

John Brecker has signed the Monthly Operating Reports. Mr. Brecker is an independent fiduciary and an authorized signatory for the Debtors. In reviewing and signing the Monthly Operating Reports, Mr. Brecker necessarily has relied upon the efforts, statements and representations of the Debtors' advisors and other personnel available to assist the Debtors. Mr. Brecker has not (and could not have) personally verified the accuracy of each dollar value and representation contained in the Monthly Operating Reports.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

The Debtors reserve all rights to amend or supplement this Monthly Operating Report in all respects, as may be necessary or appropriate. Nothing contained in this Monthly Operating Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases.

**Notes on Reimbursement of Non-Debtor Payors**:

As described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations* [Docket No. 8] (the "**Cash Management Motion**"), depending on the timing of the Debtors' payment obligations, certain of the Debtors' non-Debtor affiliates (the "**Non-Debtor Payors**") may directly pay the Debtors' counterparties. The Debtors thereafter reimburse such paying affiliates utilizing funds from bank accounts maintained by the Debtors. Unless otherwise noted, the Debtors have reported reimbursement payments made to the Non-Debtor Payors, but have not categorized the payments made to the Non-Debtor Payors as payments to insiders.  Instead, the payments made to the Non-Debtor Payors have been categorized as payments made to the various vendors that provided services to the Debtors. Additional details regarding the reimbursement payments made to the Non-Debtor Payors are set forth in the attachment to MOR-1.

**Notes on the Monthly Operating Report for New Cotai Capital Corp.:**

For financial reporting purposes, the Debtors generally prepare consolidated financial statements for New Cotai, LLC and New Cotai Capital Corp.  Further, the obligations of New Cotai Capital Corp. are paid by New Cotai, LLC.  Accordingly, the Monthly Operating Report for New Cotai Capital Corp. is pro forma and New Cotai Capital Corp.' s substantive reporting information, to the extent applicable, is included in the Monthly Operating Report for New Cotai, LLC.

**Notes to MOR-1:**

As described in the Cash Management Motion, depending on the timing of the Debtors' payment obligations, the Non-Debtor Payors may directly pay the Debtors' counterparties. The Debtors thereafter reimburse such paying affiliates utilizing funds from bank accounts maintained by the Debtors.

The disbursements disclosed in MOR-1 are comprised of the payments made by the Debtors directly to creditors as well as the reimbursement payments paid by the Debtors to the Non-Debtor Payors.  The reimbursement payments made to the Non-Debtor Payors have been categorized as if payments had been made directly to the various vendors that provided services to the Debtors.  The reimbursement payments to the Non-Debtor Payors have not been categorized as payments to insiders.  Additional details regarding the reimbursement payments made to the Non-Debtor Payors are set forth in the attachment to MOR-1.

2

On or around October 31, 2018, an entity known as New Cotai Investments, LLC ("**NCI**") effectuated a merger to become New Cotai Ventures, LLC and ceased to exist.  In one of the bank statements attached to MOR-1 for New Cotai Ventures, LLC, the account is listed as belonging to NCI rather than New Cotai Ventures, LLC.

Prior to the Petition Date, Debtors New Cotai Holdings, LLC, New Cotai, LLC, and New Cotai Ventures, LLC maintained bank accounts at Citibank, N.A. and Bank of America, N.A. These banks have not complied with Section 345(b) of the Bankruptcy Code. Therefore, the Debtors transferred their bank accounts to Signature Bank, which is an institution that is in compliance. Such transfers are reflected in MOR-1 for the applicable Debtors. As of the date hereof, the account at Bank of America, N.A. maintained by New Cotai Ventures, LLC is in the process of being closed.

**Notes to MOR-2 and MOR-3:**

The Monthly Operating Reports' statements (Statement of Operations and Balance Sheet) set forth in MOR-2 and MOR-3 include accruals of expenses.  This includes accruals for expenses for which invoices have been received as well as for expenses that have been estimated and accrued but for which an invoice has not yet been received.

In MOR-2 and MOR-3, each of New Cotai, LLC's interest in Studio City International Holdings Limited, New Cotai Ventures, LLC's interest in New Cotai Holdings, LLC, and New Cotai Holdings, LLC's interest in New Cotai, LLC (each, an "**Investment**") is valued in accordance with GAAP. Changes in unrealized gains and/or losses on the Investments are reported in MOR-2 in "Other Income" without regard to whether or not the change in unrealized gains and/or losses is a gain or loss for the period. Losses are represented as negative amounts.

In MOR-2 and MOR-3, the value of the unsecured 10.625% Senior Pay-In-Kind Notes due 2019 (the "**Notes**") issued under that certain indenture, dated as of April 19, 2013, are presented at fair value. Changes in unrealized gains and/or losses on the Notes are reported in MOR-2 in "Other Income" without regard to whether or not the change in unrealized gains and/or losses is a gain or loss for the period. Losses are represented as negative amounts.

In MOR-3, (i) amounts due from affiliates of the Debtors are reported as "Other Assets" rather than as "Amounts due from Insiders," and (ii) amounts due to the Debtors' affiliates are reported as "Other Post-Petition Liabilities" rather than as "Amounts Due to Insiders."  In the case of amounts due to affiliates that were accrued prior to the Petition Date, the amount is reported as "Unsecured Debt."

The information contained in MOR-2 and MOR-3 is provided to fulfill the requirements of the U.S. Trustee. All information contained in MOR-2 and MOR-3 is unaudited and subject to future adjustment. The Debtors took all reasonable steps to ensure the accuracy of the information reported.

**<u>Notes to MOR-4</u>:**

Accrued expenses for which invoices have not yet been received are aged based upon the month that the expense was accrued.

In re New Cotai Holdings, LLC

Case No. 19-22911

**Debtor**

Reporting Period: 7/1/19 - 7/31/19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | OPER ##1706 | OPER # 9173 | TAX | OTHER #2549 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | 64.10 | 103,756.51 | | 11.38 | 103,831.99 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER *(ATTACH LIST)* | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | 75.48 | | | 75.48 |
| **TOTAL RECEIPTS** | - | 75.48 | | - | 75.48 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | | |
| PAYROLL TAXES | | | | | |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER *(ATTACH LIST)* | | 205.70 | | | 205.70 |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | 64.10 | | | 11.38 | 75.48 |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| **TOTAL DISBURSEMENTS** | 64.10 | 205.70 | | 11.38 | 281.18 |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (64.10) | (130.22) | | (11.38) | (205.70) |
| | | | | | |
| **CASH – END OF MONTH** | - | 103,626.29 | | - | 103,626.29 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 281.18 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (75.48) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 205.70 |

| | OPER ##1706 | OPER # 9173 | TAX | OTHER #2549 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| Receipts - Other | | | | | |
| Bank account interest | - | - | | - | - |
| Total Receipts - Other | - | - | | - | - |
| | | | | | |
| Disbursements - Other | | | | | |
| Others | - | 205.70 | - | - | 205.70 |
| Legal & consulting | - | - | - | - | - |
| Total Disbursements - Other | - | 205.70 | - | - | 205.70 |

In re New Cotai Holdings, LLC
    Debtor

Case No. 19-22911
Reporting Period: 7/1/19 - 7/31/19

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating<br># xxx1706 | OPER<br>#9173 | Tax<br># | Other<br># xxx2549 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | - | 103,626.29 | | - |
| **BANK BALANCE** | - | 103,626.29 | | - |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE ** | - | 103,626.29 | | - |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

Citibank, N.A.    292 / 00944
Sort 2224
New York, N.Y. 10043

FINAL    000    400/R1/04F000
CITIBANK, N. A.
**Account**
████ 1706
**Statement Period**
Jul 1 - Jul 31, 2019
**Relationship Manager**
Young,Steven
(212) 559-4041
Page 1 of 2

NEW COTAI HOLDINGS LLC
PMB 145
2654 W. HORIZON RIDGE PKWY, B-5
HENDERSON          NV 89052

## CitiBusiness® ACCOUNT AS OF JULY 31, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$0.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM JUNE 1, 2019 THRU JUNE 30, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS INTEREST CHECKING # ██ 1706** | | | |
| Average Daily Collected Balance | | | $51,980.09 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| CITIBUSINESS ONLINE | | | |
|    CBOL - OUT. DOMESTIC WIRE TXFR | 1 | 17.0000 | 17.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Interest Checking**

| ██ 1706 | | | **Beginning Balance:** | $64.10 |
|---|---|---|---|---|
| | | | **Ending Balance:** | $0.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01 | OTHER WITHDRAWAL/ADJ | 64.10 | | 0.00 |
| | DOMESTIC WIRE TRANSFER REF.# 20190701B1Q8021C04724 | | | |

*This is your final Checking Account statement. Your Checking Account is now closed.*

Interest earned year to date  $845.96

Statement Period Rates
July 1, 2019   1.500%

NEW COTAI HOLDINGS LLC                          Account ████ 1706              Page 2 of 2            400/R1/04F000
                                                Statement Period:  Jul 1 - Jul 31, 2019

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                            800-870-1073                    Citi Private Bank
                                    (For Speech and Hearing         Client Services
                                    Impaired Customers Only         153 East 53rd Street 18th Floor
                                    TDD: 800-788-6775)              New York, New York 10022

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

Citibank, N.A.   292 / 00944
Sort 2224
New York, N.Y. 10043

FINAL

000
CITIBANK, N. A.
**Account**
■ 2549
**Statement Period**
Jul 1 - Jul 31, 2019
**Relationship Manager**
Young,Steven
(212) 559-4041
Page 1 of 2

400/R1/04F000

NEW COTAI HOLDINGS LLC
PMB 145
2654 W. HORIZON RIDGE PKWY, B-5
HENDERSON          NV 89052

## CitiBusiness® ACCOUNT AS OF JULY 31, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$0.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM JUNE 1, 2019 THRU JUNE 30, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS INTEREST CHECKING # ■ 2549** | | | |
| Average Daily Collected Balance | | | $9,230.45 |
| DEPOSIT SERVICES | | | |
|   MONTHLY MAINTENANCE FEE | 1 | 22.0000 | 22.00 |
| **WAIVE | | | |
| TRANSFER SERVICES | | | |
|   OUTGOING DOMESTIC WIRE | 1 | 25.0000 | 25.00 |
| **WAIVE | | | |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Interest Checking**

| ■ 2549 | | Beginning Balance: | $11.38 |
|---|---|---|---|
| | | Ending Balance: | $0.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01 | OTHER WITHDRAWAL/ADJ | 11.38 | | 0.00 |
| | DOMESTIC WIRE TRANSFER REF.# 20190701B1Q8021C04678 | | | |

*This is your final Checking Account statement. Your Checking Account is now closed.*

Interest earned year to date  $81.10

Statement Period Rates
July 1, 2019   1.500%

NEW COTAI HOLDINGS LLC

Account ███2549          Page 2 of 2
Statement Period:  Jul 1 - Jul 31, 2019

400/R1/04F000

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                           800-870-1073                     Citi Private Bank
                                   (For Speech and Hearing          Client Services
                                   Impaired Customers Only          153 East 53rd Street 18th Floor
                                   TDD: 800-788-6775)               New York, New York 10022

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citi with Arc Design and CitiBusiness are registered service marks of Citigroup Inc. or its affiliates.

*Signature*

**SIGNATURE BANK**

565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July      01, 2019
To   July      31, 2019
Page      1 of      2

PRIVATE CLIENT GROUP 903
2 PENN PLAZA, ST 31712 FLR 1
NEW YORK, NY 10121

NEW COTAI HOLDINGS LLC DIP            8-903
CASE NUMBER 1922911
2 GREENWICH PLZ
1ST FLOOR
GREENWICH CT  06830            999

See Back for Important Information

Primary Account:  ▇▇▇9173            0

AVOID BUSINESS E-MAIL FINANCIAL FRAUD! PLEASE VISIT THE "PRIVACY & SECURITY"
SECTION LOCATED UNDER THE "ABOUT US" HEADING AT WWW.SIGNATURENY.COM. SELECT
"BUSINESS E-MAIL COMPROMISE" TO READ THE RECENT NEWS FROM THE FEDERAL
BUREAU OF INVESTIGATION REGARDING FRAUD TARGETING BUSINESSES, INCLUDING
GUIDANCE ON WHAT YOU CAN DO TO REDUCE YOUR RISK OF BECOMING A VICTIM.
SIGNATURE BANK BELIEVES THAT THIS IS IMPORTANT NEWS TO SHARE WITH OUR
CLIENTS. WE ARE MAKING IT AVAILABLE TO YOU FOR YOUR INFORMATION AND ANY
ACTION THAT YOU MAY CONSIDER APPROPRIATE.

Signature Relationship Summary                    Opening Bal.        Closing Bal.

BANK DEPOSIT ACCOUNTS
▇▇▇9173      BANKRUPTCY CHECKING            103,756.51            103,626.29

            RELATIONSHIP            TOTAL                        103,626.29

_Signature_ | **SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July     01, 2019
To     July     31, 2019
Page     2 of     2

PRIVATE CLIENT GROUP 903
2 PENN PLAZA, ST 31712 FLR 1
NEW YORK, NY 10121

NEW COTAI HOLDINGS LLC DIP          8-903
CASE NUMBER 1922911
2 GREENWICH PLZ
1ST FLOOR
GREENWICH CT  06830          999

See Back for Important Information

Primary Account: ████9173          0

BANKRUPTCY CHECKING          ████9173

Summary

Previous Balance as of July     01, 2019                    103,756.51
        2 Credits                                                75.48
        1 Debits                                               205.70
Ending Balance as of   July     31, 2019                   103,626.29

Deposits and Other Credits
Jul 01   INCOMING WIRE                                                       11.38
         REF#  20190701B6B7261F00278207011649FT03
         FROM: NEW COTAI HOLDINGS LLC          ABA:   CITIUS33P
         BANK: CITIBANK N.A.
Jul 01   INCOMING WIRE                                                       64.10
         REF#  20190701B6B7261F00282607011658FT03
         FROM: NEW COTAI HOLDINGS LLC          ABA:   CITIUS33P
         BANK: CITIBANK N.A.

Withdrawals and Other Debits
Jul 29   OUTGOING WIRE XFER                                                 205.70
         REF#  20190729B6B7261F001978
         TO:   SILVER POINT CAPITAL SERVICES, LLC  ABA:   021000089
         BANK: CITIBANK NYC          ACCT# ████████

Daily Balances
Jun 30          103,756.51               Jul 29     103,626.29
Jul 01          103,831.99

| New Cotai Holdings, LLC | Case No. 19-22911 |
|---|---|
| **Debtor** | **Reporting Period:** 7/1/19 - 7/31/19 |

## Disbursements Summary

| Date | Payor | Payee | Amount | Description |
|---|---|---|---|---|
| 7/29/2019 | New Cotai Holdings, LLC | Silver Point Capital Services | 205.70 | Reimbursement for operating expenses |
| | | | | |
| | | | | |
| Total | | | 205.70 | |

## Disbursements Detail

| Date | Payor | Vendor | Amount | Description |
|---|---|---|---|---|
| 7/29/2019 | New Cotai Holdings, LLC | Iron Mountain - June BRN 2672 | 205.70 | payment to vendor |
| | | | | |
| | | | | |
| Total | | | 205.70 | |

| In re | New Cotai Holdings, LLC | Case No. | 19-22911 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | 7/1/19 - 7/31/19 |

### STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | | |
| Less: Returns and Allowances | | |
| Net Revenue | | |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(attach schedule)* | 870.63 | 2,657.59 |
| Total Operating Expenses Before Depreciation | 870.63 | 2,657.59 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (870.63) | (2,657.59) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | - | 207.71 |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | (870.63) | (2,449.88) |

**In re** New Cotai Holdings, LLC        **Case No.** 19-22911

     **Debtor**        **Reporting Period:** 7/1/19 - 7/31/19

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | - | 38,000.00 |
| U. S. Trustee Quarterly Fees | 216.64 | 433.30 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | 216.64 | 38,433.30 |
| Income Taxes | | |
| Net Profit (Loss) | (1,087.27) | (40,883.18) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

### OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Legal & consulting | - | - |
| Accounting, tax and administration | 790.63 | 2,371.89 |
| Other | 80.00 | 285.70 |
| | | |
| Total Other Operational Expenses | 870.63 | 2,657.59 |

### OTHER INCOME

| | | |
|---|---|---|
| Interest income | - | 207.71 |
| | | |
| Total Other Income | - | 207.71 |

### OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

### OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re** New Cotai Holdings, LLC
**Debtor**

**Case No.** 19-22911
**Reporting Period:** 7/1/19 - 7/31/19

### BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 103,626.29 | 103,831.99 | 103,874.28 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | 40,000.00 | 40,000.00 | 40,000.00 |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 143,626.29 | 143,831.99 | 143,874.28 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | | | |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | 262,464.71 | 262,464.71 | 262,464.71 |
| *TOTAL OTHER ASSETS* | 262,464.71 | 262,464.71 | 262,464.71 |
| *TOTAL ASSETS* | 406,091.00 | 406,296.70 | 406,338.99 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | 2,885.22 | 2003.62 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | 38,000.00 | 38,000.00 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 40,885.22 | 40,003.62 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | 20,396.64 | 20,396.64 | 20,646.64 |
| *TOTAL PRE-PETITION LIABILITIES* | 20,396.64 | 20,396.64 | 20,646.64 |
| *TOTAL LIABILITIES* | 61,281.86 | 60,400.26 | 20,646.64 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | 344,809.15 | 345,896.44 | 385,692.35 |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | 344,809.15 | 345,896.44 | 385,692.35 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 406,091.00 | 406,296.70 | 406,338.99 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| In re | New Cotai Holdings, LLC | Case No. | 19-22911 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | **7/1/19 - 7/31/19** |

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| Investment in New Cotai, LLC | (0.00) | (0.00) | (0.00) |
| Due from Affiliates | 262,464.71 | 262,464.71 | 262,464.71 |
| Total Other Assets | 262,464.71 | 262,464.71 | 262,464.71 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re New Cotai Holdings, LLC _____          Case No. 19-22911 _____
    **Debtor**                                    **Reporting Period:** 7/1/19 - 7/31/19 ___

### STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | | | | | | |

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | 1,087.30 | 898.96 | 898.96 | | 2885.22 |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | - | - | 38,000.00 | | 38,000.00 |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | | 1,087.30 | 898.96 | 38,898.96 | 0.00 | 40,885.22 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

**In re** New Cotai Holdings, LLC
    **Debtor**

**Case No.** 19-22911
**Reporting Period:** 7/1/19 - 7/31/19

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

In re New Cotai Holdings, LLC                    Case No. 19-22911
     Debtor                                      Reporting Period: 7/1/19 - 7/31/19

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS | |  |  |

In re New Cotai Holdings, LLC _____    Case No. 19-22911
    Debtor _____    Reporting Period: 7/1/19 - 7/31/19

# DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1  Have any assets been sold or transferred outside the normal course of business this reporting period? |  | X |
| 2  Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | X |
| 3  Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | X |
| 4  Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | X |
| 5  Is the Debtor delinquent in paying any insurance premium payment? |  | X |
| 6  Have any payments been made on pre-petition liabilities this reporting period? |  | X |
| 7  Are any post petition receivables (accounts, notes or loans) due from related parties? |  | X |
| 8  Are any post petition payroll taxes past due? |  | X |
| 9  Are any post petition State or Federal income taxes past due? |  | X |
| 10  Are any post petition real estate taxes past due? |  | X |
| 11  Are any other post petition taxes past due? |  | X |
| 12  Have any pre-petition taxes been paid during this reporting period? |  | X |
| 13  Are any amounts owed to post petition creditors delinquent? |  | X |
| 14  Are any wage payments past due? |  | X |
| 15  Have any post petition loans been been received by the Debtor from any party? |  | X |
| 16  Is the Debtor delinquent in paying any U.S. Trustee fees? |  | X |
| 17  Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | X |
| 18  Have the owners or shareholders received any compensation outside of the normal course of business? |  | X |