SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| Debtors.[1] | **Jointly Administered** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**SEPTEMBER 25, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Location of Hearing: | Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street White Plains, NY 10601-4140 |
| Copies of Motions and Applications: | Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at United States Bankruptcy Court, Southern District of New York, or (iii) from the Debtors' proposed notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/newcotai or by calling (844) 627-7471 (toll free from the U.S. and Canada); or (347) 292-3990 (international) or by e-mail at newcotaiinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

**I.    CONTESTED MATTER**

1. Debtors' Motion for an Order Extending the Debtors' Exclusive Period to File a Plan of Reorganization [Docket No. 181]

    Objection Deadline:    September 18, 2019 at 4:00 p.m.

    Related Documents:

    a. Declaration of John Brecker in Support of the Debtors' Motion for an Order Extending the Debtors' Exclusive Period to File a Plan of Reorganization [Docket No. 182]

    b. Bridge Order Extending the Debtors' Exclusive Period to File a Plan of Reorganization Pending Hearing [Docket No. 183]

    c. Notice of Clarification Regarding Debtors' Motion for an Order Extending the Debtors' Exclusive Period to File a Plan of Reorganization [Docket No. 189]

    d. Notice of Filing of Revised Proposed Order Extending the Debtors' Exclusive Period to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 195]

    Responses Filed:

    e. Objection of the Ad Hoc Group to the Debtors' Motion for an Order Extending the Debtors Exclusive Period to File a Plan of Reorganization [Docket No. 202]

        i. Declaration of Abid Qureshi in Support of Objection of the Ad Hoc Group to the Debtors' Motion for an Order Extending the Debtors' Exclusive Period to File a Plan of Reorganization [Docket No. 203]

    Reply Deadline: September 23, 2019 at 4:00 p.m.

    Replies Filed:

    f. Debtors' Reply to the Objection of the Ad Hoc Group to the Debtors' Motion for an Order Extending the Debtors' Exclusive Periods to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 210]

        i. Declaration of Jay M. Goffman in Support of the Debtors' Reply to the Objection of the Ad Hoc Group to the Debtors' Motion for an Order Extending the Debtors' Exclusive Periods

        to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 211]

**Status:**     **The hearing on this matter is going forward.**

Dated: September 23, 2019
      New York, New York

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Jay M. Goffman*
        Jay M. Goffman
        Mark A. McDermott
        Evan A. Hill
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000
        *Counsel to Debtors and Debtors-in-Possession*