SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jay M. Goffman
Mark A. McDermott
Evan A. Hill
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

*Counsel to Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **NEW COTAI HOLDINGS, LLC,** *et al.*, | **Case No. 19-22911 (RDD)** |
| Debtors.[1] | **Jointly Administered** |
| | Related Dkt. Nos. 224, 225, 226 & 227 |

## NOTICE OF CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that the hearing scheduled for November 21, 2019 at 2:00 p.m. (prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140, **has been cancelled by the Court**.

[ REMAINDER OF PAGE INTENTIONALLY LEFT BLANK ]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: New Cotai Holdings, LLC (3056); New Cotai, LLC (2582); New Cotai Capital Corp. (3641); New Cotai Ventures, LLC (9385). The Debtors' corporate address is c/o New Cotai, LLC, Two Greenwich Plaza, Greenwich, Connecticut 06830.

Dated: New York, New York
November 21, 2019

           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

           */s/ Jay M. Goffman*
           Jay M. Goffman
           Mark A. McDermott
           Evan A. Hill
           Four Times Square
           New York, New York 10036-6522
           Telephone: (212) 735-3000
           Fax: (212) 735-2000

           *Counsel to Debtors*
           *and Debtors-in-Possession*